JAMES E. SCOTT, Appellant, *v.* ALBERT HEMMER, Respondent.

Supreme Court, Appellate Term, First Department, February 16, 1928.

Courts — Municipal Court of New York — judgments — preparation of default judgment by clerk under Municipal Court Code, § 125 — judgment not invalid — default not opened.

A default judgment in the Municipal Court of New York is not rendered invalid by the fact that it was prepared by the clerk and not by the attorney for the successful party (Municipal Court Code, § 125).

The court did not have jurisdiction to open the default and vacate the judgment after the lapse of more than a year from the date of entry.

CRAIN, J., dissents, with memorandum.

APPEAL by plaintiff from order of the Municipal Court, Borough of The Bronx, Second District, in favor of defendant.

*Hughes, Rounds, Schurman & Dwight* [*Thomas H. Pinney* of counsel], for the appellant.

*Joseph S. Israel*, for the respondent.

PER CURIAM. That the clerk instead of the attorney for the prevailing party prepared the default judgment did not affect the validity of said judgment, and the court had no jurisdiction to open defendant's default and vacate the judgment after a lapse of more than one year from the date of entry thereof. (*Weiss* v. *Forty-second St., M. & St. N. Ave. R. Co.*, 123 Misc. 387; *Daskal & Fishman* v. *Corsan Cracker Co., Inc.*, 219 App. Div. 829.)

Order reversed, with ten dollars costs; motion denied and judgment reinstated.

BIJUR and DELEHANTY, JJ., concur.

CRAIN, J. (dissenting). The above-cited cases are inapplicable. The judgment in each case was prepared pursuant to the provisions of section 125 of the Municipal Court Code. The order appealed from should be affirmed on the opinion of the court below.